Societe Centrale des Banques De Province, Appellant, v. The Equitable Trust Company of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days from service of order upon payment

of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.